STATE OF NEW JERSEY v. JAMES BAINES.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. TRACY LYNCH.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LOIS FIELDS.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER STEWART.

December 19, 1984.

Petition for certification denied. (See 196 *N.J.Super.* 138)

STATE OF NEW JERSEY v. BRUCE CURTIS.

December 19, 1984.

Petition for certification denied. (See 195 *N.J.Super.* 354)